IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TAMMY LAWRENCE, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO. 4:16-cv-00004-WTM-GRS |
| v. ) | |
| ) | |
| WARNER CONSTRUCTION ) | |
| SERVICES, INC. and FRANK ) | |
| WARNER, JR., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Having read and considered the **Joint Motion to Seal Second Consent Motion to Extend Time to Respond to Defendants' Motion to Dismiss And Enter Substitute Second Consent Motion to Extend** and for good cause shown, it is hereby **ORDERED** that the Joint Motion to Seal is **GRANTED**. The Second Consent Motion to Extend Time to Respond to Defendants' Motion to Dismiss, Docket No. 21, shall be permanently sealed, and the Substitute Second Consent Motion to Extend Time to Respond to Defendants' Motion to Dismiss and Enter Substitute Second Consent Motion to Extend shall be entered into the record.

SO ORDERED, this 23rd day of May, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA