FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 JUN 22 AM 10: 56
CLERK
S. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TAMMY LAWRENCE, )
)
    Plaintiff, )
)
v. )
) CASE NO. CV416-004
WARNER CONSTRUCTION SERVICES, )
INC. and FRANK WARNER, JR., )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal. (Doc. 26.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE,** and each party shall bear its own costs and attorney's fees. All remaining pending motions are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 22ND day of June 2016.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA